**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-01920-ALS7 |
| | § | |
| PAUL TODD WINGET | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>07/31/2014</u>. The undersigned trustee was appointed on <u>07/31/2014</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $6,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $32.40 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $5,967.60 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/23/2015 and the deadline for filing government claims was 03/23/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $113.44, for total expenses of $113.44.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2015             By:    /s/ Dallas J. Janssen
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 14-01920-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | WINGET, PAUL TODD | Date Filed (f) or Converted (c): | 07/31/2014 (f) |
| For the Period Ending: | 4/16/2015 | §341(a) Meeting Date: | 08/28/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Homestead located at 6733 Ceres Circle, Johnston, Iowa and legally described as: Lot 20 Winwood Plat 4, an Official Plat, now included in and forming a part of the City of Johnston, Polk County, Iowa. | $329,300.00 | $0.00 | | $0.00 | FA |
| 2 | Bankers Trust - checking/savings | $300.00 | $0.00 | | $0.00 | FA |
| 3 | Household furnishings | $9,522.00 | $2,522.00 | | $0.00 | FA |
| 4 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Remington 12 ga shotgun | $50.00 | $50.00 | | $0.00 | FA |
| 6 | Stogen 12 ga shotgun | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Browning 20/28 ga (o/u) | $250.00 | $0.00 | | $0.00 | FA |
| 8 | 529 education fund - Ross Winget | $3,500.00 | $3,500.00 | | $0.00 | FA |
| 9 | 529 education fund - Brennan Winget | $500.00 | $500.00 | | $0.00 | FA |
| 10 | American Trust - IRA | $160,000.00 | $0.00 | | $0.00 | FA |
| 11 | Fidelity IRA | $5,500.00 | $0.00 | | $0.00 | FA |
| 12 | 7.5% interest in True Care, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Possible Alimony - not now being paid - Decree ordered (currently on appeal) ($1,700/month) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | 2001 BMW 330ci | $6,500.00 | $0.00 | | $0.00 | FA |
| 15 | 2004 BMW R1200 motorcycle | $4,320.00 | $5,000.00 | | $5,000.00 | FA |
| 16 | Cabo timeshare | Unknown | $1,000.00 | | $1,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | $520,342.00 | $12,572.00 | | $6,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

Trustee filed a Report of auction with the Court, which was approved. Trustee has collected all non-exempt assets. Claims can be filed until 3/23/2015. File TFR after 3/23/2015.

Accepted offer by Debtor to purchase from the estate the motorcycle for $3,000 and the Cabo timeshare for $250. I will file an Motion to Compromise and a Notice to File Claims with the Court upon receipt of the funds.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit A

| Case No.: | 14-01920-als | Trustee Name: | Dallas J. Janssen |
| Case Name: | WINGET, PAUL TODD | Date Filed (f) or Converted (c): | 07/31/2014 (f) |
| For the Period Ending: | 4/16/2015 | §341(a) Meeting Date: | 08/28/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):    04/15/2015          Current Projected Date Of Final Report (TFR):          /s/ DALLAS J. JANSSEN
                                                                                                                              DALLAS J. JANSSEN

Document  Page 5 of 10
Page No: 1                Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-01920-als | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | WINGET, PAUL TODD | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9118 | | Checking Acct #: | ******2001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2014 | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 4/16/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2014 | | Paul Winget | Multiple Assets | * | $6,000.00 | | $6,000.00 |
| | {15} | | 2004 2004 BMW R1200 motorcycle  $5,000.00 | 1129-000 | | | $6,000.00 |
| | {16} | | Cabo timeshare  $1,000.00 | 1129-000 | | | $6,000.00 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.37 | $5,995.63 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.98 | $5,985.65 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.72 | $5,976.93 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.33 | $5,967.60 |
| | | | **TOTALS:** | | $6,000.00 | $32.40 | $5,967.60 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,000.00 | $32.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,000.00 | $32.40 | |

| For the period of 7/31/2014 to 4/16/2015 | | For the entire history of the account between 12/17/2014 to 4/16/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $32.40 | Total Compensable Disbursements: | $32.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.40 | Total Comp/Non Comp Disbursements: | $32.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 14-01920-lmj7    Doc 37    Filed 04/17/15    Entered 04/17/15 13:49:34    Desc Main
Document    Page 6 of 10

Page No: 2    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 14-01920-als | | **Trustee Name:** | Dallas J. Janssen |
| **Case Name:** | WINGET, PAUL TODD | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9118 | | **Checking Acct #:** | ******2001 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 7/31/2014 | | **Blanket bond (per case limit):** | $350,000.00 |
| **For Period Ending:** | 4/16/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,000.00 | $32.40 | $5,967.60 |

**For the period of 7/31/2014 to 4/16/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/31/2014 to 4/16/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DALLAS J. JANSSEN

DALLAS J. JANSSEN

| Case No.: | 14-01920-als | | | | | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|---|---|---|---|
| Case Name: | WINGET, PAUL TODD | | | | | | Date: | 4/16/2015 |
| Claims Bar Date: | 03/23/2015 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DALLAS J. JANSSEN<br>700 Second Avenue, Suite 103<br>Des Moines IA 50309 | 03/23/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $113.44 | $113.44 | $0.00 | $0.00 | $0.00 | $113.44 |
| | DALLAS J. JANSSEN<br>700 Second Avenue, Suite 103<br>Des Moines IA 50309 | 04/16/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| * 1 | NEBRASKA FURNITURE MART<br>PO BOX 3000<br>Omaha NE 68103 | 01/06/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,305.49 | $1,305.49 | $0.00 | $0.00 | $0.00 | $1,305.49 |

**Claim Notes:**   (1-1) PMSI
    Secured Claim
    Claim amended as General Unsecured deficiency claim - objection withdrawn

| 2 | US DEPARTMENT OF EDUCATION<br>c/o Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora CO 80014-2904 | 01/07/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $118,577.41 | $118,577.41 | $0.00 | $0.00 | $0.00 | $118,577.41 |
| * 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/12/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,717.73 | $10,717.73 | $0.00 | $0.00 | $0.00 | $10,717.73 |

**Claim Notes:**   Insufficient Documentation

| 4 | CAVALRY SPV I, LLC<br>c/o Bass &#038; Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite &#038;#035;200<br>Tucson AZ 85712 | 03/20/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,684.56 | $6,684.56 | $0.00 | $0.00 | $0.00 | $6,684.56 |
| | | | | | | **$138,748.63** | **$138,748.63** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$138,748.63** |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| **Case No.** | 14-01920-als | **Trustee Name:** | Dallas J. Janssen |
| **Case Name:** | WINGET, PAUL TODD | **Date:** | 4/16/2015 |
| **Claims Bar Date:** | 03/23/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $137,285.19 | $137,285.19 | $0.00 | $0.00 | $0.00 | $137,285.19 |
| Trustee Compensation | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| Trustee Expenses | $113.44 | $113.44 | $0.00 | $0.00 | $0.00 | $113.44 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      14-01920-ALS7  
Case Name:     PAUL TODD WINGET  
Trustee Name:  Dallas J. Janssen

Balance on hand:     $5,967.60

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00  
Remaining balance:     $5,967.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Dallas J. Janssen, Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |
| Dallas J. Janssen, Trustee Expenses | $113.44 | $0.00 | $113.44 |

Total to be paid for chapter 7 administrative expenses:     $1,463.44  
Remaining balance:     $4,504.16

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00  
Remaining balance:     $4,504.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00  
Remaining balance:     $4,504.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $137,285.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nebraska Furniture Mart | $1,305.49 | $0.00 | $42.83 |
| 2 | US Department of Education | $118,577.41 | $0.00 | $3,890.38 |
| 3 | PYOD, LLC its successors and assigns as assignee | $10,717.73 | $0.00 | $351.64 |
| 4 | Cavalry SPV I, LLC | $6,684.56 | $0.00 | $219.31 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $4,504.16 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**